# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:17-cv-01502 LJO JLT |
| Plaintiff, | ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS MATTER |
| v. | |
| MICHELLE WATSON, | |
| Defendant. | |

The plaintiff has filed a notice of voluntary dismissal. (Doc. 6) The Federal Rules of Civil Procedure Rule 41 makes such a notice, filed before any party appears, effective immediately with further order of the Court. Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **January 30, 2018**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE